**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820
MDDAMDChambers@mdd.uscourts.gov

March 7, 2007

MEMORANDUM TO COUNSEL RE:

Lamartina v. Liberty Mutual Ins. Co.
Civil No. AMD 06-979

    Now pending are the parties' cross-motions for summary judgment. The briefs have been read and considered and no hearing is necessary. I have elected to rule in this informal manner. (I have taken official notice of Judge Blake's opinion in the earlier, related, litigation.)

    The dispositive material issue in the case is whether plaintiff is entitled to uninsured motorist coverage under a policy of insurance issued by defendant to JHT Holdings, Inc. Plaintiff is an additional insured under that policy by virtue of his status as an independent contractor engaged in the business of interstate transportation of goods pursuant to a contract with Dallas & Mavis Specialized Carrier Co., LLC, one of the constituent entities of JHT Holdings, Inc.

    As a matter of law, based on a review of the plain, unambiguous, language of the Liberty Mutual policy, plaintiff is not entitled to uninsured motorist coverage. Nor is there any basis in law for the court to imply such coverage or to conclude that such coverage is mandatory. As defendant contends, plaintiff elected not to obtain such coverage when he executed his Independent Contractor Agreement. Whatever oral communications may have occurred between plaintiff and Dallas & Mavis, defendant here is not bound by any alleged understanding or promise.

    As for plaintiff's belated assertion that this court lacks jurisdiction, that contention has been considered and is rejected. The amount in controversy clearly exceeds the statutory minimum.

    In accordance with the above, defendant's motion shall be granted and plaintiff's motion shall be denied. An Order follows.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt